UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

DOUGLAS CORNELL JACKSON #748757,

    Plaintiff,                                      Case No. 2:18-CV-19

v.                                                    HON. GORDON J. QUIST

JOSEPH CORONADO, et al.,

    Defendants.
_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

On June 16, 2020, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation, recommending that the Court deny Plaintiff's motion for injunctive relief. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore, the Court will adopt the Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the June 16, 2020, Report and Recommendation (ECF No. 65) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 35) is **DENIED**.

Dated: July 17, 2020                                          /s/ Gordon J. Quist
                                                             GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE